**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. ROSE STEPHENS, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>2. THE LINCOLN NATIONAL LIFE )<br>INSURANCE COMPANY, )<br>  )<br>    Defendant. ) | **Civil Action No.**<br>**4:14-cv-00407-CVE-TLW** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between Plaintiff Rose Stephens and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel of record, that the Court may make and enter its Order dismissing all claims against the Defendant with prejudice, each party to bear its own costs and fees.

Dated this 23rd day of October, 2014.

| | |
|---|---|
| *s/C. William Threlkeld*<br>C. William Threlkeld, OBA 9005<br>cwthrelkeld@fentonlaw.com<br>Brion B. Hitt, OBA 19120<br>bbhitt@fentonlaw.com<br>FENTON, FENTON, SMITH, RENEAU & MOON<br>211 North Robinson, Suite 800 N<br>Oklahoma City, Oklahoma 73102<br>Telephone:  (405) 235-4671<br>Facsimile:  (405) 235-5247<br><br>*Attorney for Defendant* | *s/Erik C. Johnson*<br>Erik C. Johnson, OBA 18740<br>erik@erikjohnsonlaw.com<br>122 South Broadway<br>Ada, OK  74820<br>Telephone:  (580) 279-1975<br>Facsimile:  (580) 786-4444<br><br>*Attorney for Plaintiff* |